# EXHIBIT 1

**From:** Shwom Gilbert <gss_barricini@hotmail.com>
**Date:** June 9, 2016 at 11:41:14 AM EDT
**To:** Sahar Aslan <saharaslan@gmail.com>
**Cc:** "arnold@macaroonking.com" <arnold@macaroonking.com>
**Subject: Jennies Raw Organic and Protein Bars**

Dear, Sahar,
This will confirm that your tireless effort to develop in all aspects our Raw Coconut bar and bite program and our protein bar program as per our verbal agreement entitles you to 25 % of the pretax profits of the Jennies Organic Raw Coconut bar llc . You and I have established a cost to segregate the profits for these bars.We will memorialize the formulation of the profit structure.
This also acknowledges that you will have the option for the next two years to buy 25 % of the stock and assets of the llc.
I have calculated that this option is valued at $100,000.00. We can go into details as to the way the purchase price can be paid.
Thank you in advance,
Gilbert Shwom
Jennies Organic Raw Coconut Bar llc.